NUMBER 13-03-191-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

_______________________________________________________________


ANGELINA ZAMACONA , Appellant,



v.




ARNULFO BANDA AND ROSA BANDA , Appellees.

_______________________________________________________________


On appeal from the 206th District Court 

of Hidalgo County, Texas.

_______________________________________________________________



MEMORANDUM OPINION


Before Chief Justice Valdez, and Justices Rodriguez and Castillo

Opinion Per Curiam


 Appellant, ANGELINA ZAMACONA , perfected an appeal from a judgment entered by the 206th District Court of
Hidalgo County, Texas, in cause number C-214-00-D . After the clerk's record was filed in this cause, the parties filed a
joint motion to reverse and remand. In the motion, the parties state that they have reached an agreement to settle this
dispute, and they request that this cause be remanded to the trial court for entry of judgment in accordance with the
settlement agreement.

 The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that
the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby REVERSED and
the cause is REMANDED to the trial court in accordance with the parties' settlement agreement. 

PER CURIAM



Opinion delivered and filed this

the 15th day of May, 2003 .